IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

SANTOS PEREZ                                    :
5005 1st Street NW, Apt. 2                      :
Washington, D.C. 20011                          :
                                                :
    and                                         :
                                                :
ADAN BAMACA CAJAS                               :
3404 Dean Drive, Apt. 203                       :
Hyattsville, MD 20782                           :
                                                :
        Plaintiffs,                             :
                                                :
v.                                              :         Case No.
                                                :
UNITED STATES OF AMERICA                        :
                                                :
SERVE:                                          :
Attorney General Loretta E. Lynch               :
United States Department of Justice             :
950 Pennsylvania Avenue NW                      :
Washington, D.C. 20530                          :
                                                :
    and                                         :
                                                :
SERVE:                                          :
Vincent H. Cohen, Jr.                           :
Acting United States Attorney,                  :
District of Columbia                            :
555 4th Street NW                               :
Washington, D.C. 20001                          :
                                                :
        Defendant.                              :

## COMPLAINT

COME NOW the Plaintiffs, Santos Perez and Adan Bamaca Cajas, by and through their attorneys, Matthew Tievsky, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully state as follows:

## JURISDICTION AND VENUE

1. Proper jurisdiction and venue lie in this Court, pursuant to the Federal Tort Claims Act (FTCA) and because the incident at issue occurred in the District of Columbia.

2. On or about April 10, 2015, Plaintiff filed a Standard Form 95 claim with the Federal Bureau of Investigation, pursuant to 28 U.S.C. §2675(a). The United States subsequently issued a denial of the claim.

## COUNT I
(Negligence - Personal Injury - Plaintiff Perez)

3. On or about February 25, 2014, Plaintiff Santos Perez was a passenger in a motor vehicle ("Plaintiffs' vehicle") proceeding northbound on Interstate 395 ("I-395"), in the District of Columbia. Plaintiff Adan Bamaca Cajas was the driver of the vehicle.

4. At said time and place, Defendant Kevin Seifert was operating a motor vehicle, acting as the agent, servant and/or employee of Defendant United States of America ("U.S."), acting within the course and scope of his employment. Seifert was proceeding directly behind Plaintiffs' vehicle.

5. At said time and place, Seifert negligently operated his vehicle in such a manner as to strike the rear of Plaintiffs' vehicle, which was lawfully stopped on the roadway due to traffic ahead.

6. At all relevant times mentioned herein, Seifert, individually, and Defendant U.S., acting by and through its driver, Seifert, owed a continuing duty to operate their vehicle in a reasonable and prudent manner with due regard to other persons then and there lawfully upon said roadway, such as the Plaintiffs.

7. Seifert, individually, and Defendant U.S., acting by and through its driver Seifert, breached the duties owed to the Plaintiffs. The collision referred to herein was caused by the negligence of Seifert and Defendant U.S. who, <u>inter alia</u>, failed to maintain a safe distance between their vehicle and Plaintiffs' vehicle, failed to yield the right of way, failed to pay full time and attention, failed to maintain a proper lookout, failed to operate their vehicle at a safe and reasonable speed, failed to maintain control of their vehicle, failed to operate their vehicle so as to avoid a collision, and failed to obey the rules and regulations of the District of Columbia, then and there in full force and effect. At all times mentioned herein, Plaintiffs were free of negligence and/or contributory negligence.

8. As a direct and proximate result of Defendants' aforesaid negligence, Plaintiff Perez suffered injuries and damages, including, but not limited to: a closed head injury with a concussion, and symptoms including but not limited to

headaches, nausea, and insomnia; and strains of the cervical, thoracic, and lumbar spine; he has incurred, and will continue to incur, medical and hospital expenses in an effort to care for his injuries; he has suffered and will in the future suffer, a loss of earnings and/or earning capacity; and he has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Santos Perez demands judgment of and against Defendant United States of America, in the full amount of Fifty Thousand Dollars ($50,000.00), plus pre-judgment interest and costs.

## COUNT II
(Negligence - Personal Injury - Plaintiff Cajas)

Plaintiffs replead and incorporate by reference herein each and every allegation set forth above and further state as follows:

9.   As a direct and proximate result of Defendant U.S.'s aforesaid negligence, Plaintiff Cajas suffered injuries and damages, including, but not limited to: a closed head injury with a concussion, and symptoms including but not limited to post-traumatic headaches and dizziness; a contusion to the chest; a trapezius strain; and strains of the cervical, thoracic, and lumbar spine; he has incurred, and will continue to incur, medical and hospital expenses in an effort to care

4

for his injuries; he has suffered and will in the future suffer, a loss of earnings and/or earning capacity; and he has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Adan Bamaca Cajas demands judgment of and against Defendant United States of America, in the full amount of Fifty Thousand Dollars ($50,000.00), plus pre-judgment interest and costs.

                                        Respectfully submitted,

                                        **CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**

_____
Matthew Tievsky
D.C. Bar No. 1004955
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600
tievsky@dc-law.net
Attorneys for Plaintiff

5